**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re NextGear Capital, Inc.

Appellate case number:    01-18-01003-CV

Trial court case number:   2017-63452

Trial court:              151st District Court of Harris County

Relator, NextGear Capital, Inc., has filed a petition for writ of mandamus challenging the trial court's order denying its motion to compel arbitration. Relator has also filed a motion to abate the underlying trial court proceedings pending resolution of its petition. *See* TEX. R. APP. P. 52.10(a). We **grant** relator's motion to abate the underlying proceedings. *See id.* 52.10(b). The abatement is effective until the case in this Court is finally decided or the Court otherwise orders the abatement lifted. Any party may file a motion for reconsideration of the abatement. *See id.* 52.10(c).

Further, the Court requests that the real parties in interest, Alireza Delavari Maryan d/b/a Texas Financial Group, US Financial Auto Credit, LLC, Melissa Webb Bryant, Saeid Hashem-Nezad, Abbas Heidari, Farhad Veilani, and Babak Arvanaghi, MD, respond to the petition for writ of mandamus. It is **ordered** that the responses, if any, be filed by no later than December 17, 2018.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                     ☑ Acting individually    ☐ Acting for the Court

Date: November 15, 2018